AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN | DISTRICT OF | CALIFORNIA

UNITED STATES OF AMERICA,
        Plantiff,
   V.

JAMES MICHAEL MOONEYHAM,
        Defendant.

**APPEARANCE**

Case Number: 08MJ0898-02

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    JAMES MICHAEL MOONEYHAM

    I certify that I am admitted to practice in this court. PRO HAC VICE.

| | |
|---|---|
| 3/25/2008 | /s/ LINDA LOPEZ |
| Date | Signature |
| | Linda Lopez/ Federal Defenders of SD    177301 |
| | Print Name                      Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City      State      Zip Code |
| | (619) 234-8467      (619) 687-2666 |
| | Phone Number      Fax Number |

**CERTIFICATE OF SERVICE**

  Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: March 25, 2008              _____/s/  Linda Lopez_____
                      LINDA LOPEZ
                      Federal Defenders of San Diego, Inc.
                      225 Broadway, Suite 900
                      San Diego, CA 92101-5030
                      (619) 234-8467  (tel)
                      (619) 687-2666  (fax)
                      e-mail: Linda_Lopez@fd.org