AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

APR - 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| JAMES MICHAEL MOONEYHAM | CASE NUMBER: 08CR1080-JAH |

I, JAMES MICHAEL MOONEYHAM, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 4/8/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*James Mooneyham*
Defendant

*[signature]*
Defense Counsel

Before *[signature]*
Judicial Officer