1 | **LINDA LOPEZ**
Florida Bar No. 0177301
2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467
4 |

5 | Attorneys for Mr. Mooneyham

6 |

7 |

8 |                    UNITED STATES DISTRICT COURT

9 |                  SOUTHERN DISTRICT OF CALIFORNIA

10 |                  **(HONORABLE JOHN A. HOUSTON)**

11 | UNITED STATES OF AMERICA,        )    CASE NO. 08CR1080-JAH-02
                                     )
12 |              Plaintiff,          )
                                     )
13 | v.                              )    **MOTION TO CONTINUE**
                                     )    **SENTENCING HEARING**
14 | JAMES MICHAEL MOONEYHAM,         )
                                     )
15 |              Defendant.          )
     _____)

16 |

17 |          Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Linda

18 | Lopez, and Federal Defenders of San Diego, counsel for Mr. Mooneyham, along with Assistant United States

19 | Attorney Jeffrey Moore, that the sentencing hearing in the above-mentioned case should be continued from

20 | August 4, 2008 at 10:30 a.m. until August 25, 2008 at 10:30 a.m. Mr. Mooneyham will submit an

21 | Acknowledgment of Next Court Date.

22 |          **SO STIPULATED.**

23 | Dated: June 26, 2008               */s/ Linda Lopez*_____
                                        **LINDA LOPEZ**
24 |                                     Federal Defenders of San Diego, Inc.
                                        Attorneys for Mr. Mooneyham
25 |

26 | Dated: June 26, 2008               */s/ Jeffrey Moore*_____
                                        **JEFFREY MOORE**
27 |                                     Assistant United States Attorney

28 |

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Jeffrey Moore**
Jeffrey.Moore@usdoj.gov

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: June 26, 2008                              */s/ Linda Lopez*
                                                  LINDA LOPEZ
                                                  Federal Defenders of San Diego, Inc.
                                                  225 Broadway, Suite 900
                                                  San Diego, CA 92101-5030
                                                  (619) 234-8467 (tel)
                                                  (619) 687-2666 (fax)
                                                  e-mail: Linda_Lopez@fd.org