LINDA LOPEZ
Florida Bar No. 0177301
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Attorneys for Defendant Mooneyham

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JOHN A. HOUSTON)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR1080-JAH-02 |
| Plaintiff, | ) | |
| v. | ) | ACKNOWLEDGMENT OF NEXT COURT DATE |
| JAMES MICHAEL MOONEYHAM, | ) | |
| Defendant. | ) | |

I, **JAMES MICHAEL MOONEYHAM,** hereby acknowledge that my next court date to appear in the United States District Court for the Southern District of California is August 25, 2008, at 10:30 a.m., before the Honorable John A. Houston.

I declare that the foregoing is true and correct.

DATED: 6/26/08

*James Mooneyham*
JAMES MICHAEL MOONEYHAM