1

**CERTIFICATE OF SERVICE**

2      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3   information and belief, and that a copy of the foregoing document has been served this day upon:

4   **Wayne Charles Mayer**
    wcmayer@aol.com
5
    **Jeffrey David Moore**
6   Jeffrey.Moore@usdoj.gov,debra.huntley@usdoj.gov,efile.dkt.gc1@usdoj.gov

7   **Brian J White**
    brianjwhite@sbcglobal.net,charity.renfroe@gmail.com

8

9   Dated: June 27, 2008                          /s/  Linda Lopez
                                                   LINDA LOPEZ
10                                                 Federal Defenders of San Diego, Inc.
                                                   225 Broadway, Suite 900
11                                                 San Diego, CA 92101-5030
                                                   (619) 234-8467  (tel)
12                                                 (619) 687-2666  (fax)
                                                   e-mail: Linda_Lopez@fd.org

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28