✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    CALIFORNIA

UNITED STATES OF AMERICA,

               Plaintiff,

      v.

JAMES MICHAEL MOONEYHAM,

               Defendant.

**APPEARANCE**

Case Number:  08CR1080-JAH

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    JAMES MICHAEL MOONEYHAM
    I am replacing LINDA LOPEZ on this case.

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| | /s/ SHAFFY MOEEL |
| 7/1/2008 | |
| Date | Signature |
| | Shaffy Moeel / Federal Defenders of SD    238732 |
| | Print Name    Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City    State    Zip Code |
| | (619) 234-8467    (619) 687-2666 |
| | Phone Number    Fax Number |

## <u>CERTIFICATE OF SERVICE</u>

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

best of her information and belief, and that a copy of the foregoing document has been served

this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: July 1, 2008                                        ____/s/ Shaffy Moeel_____
                                                           SHAFFY MOEEL
                                                           Federal Defenders of San Diego, Inc.
                                                           225 Broadway, Suite 900
                                                           San Diego, CA 92101-5030
                                                           (619) 234-8467  (tel)
                                                           (619) 687-2666  (fax)
                                                           e-mail: Shaffy_Moeel@fd.org